NUMBER 13-07-553-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: CLARENDON NATIONAL INSURANCE COMPANY AND
EFFECTIVE CLAIMS MANAGEMENT, INC.

 


On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 

 Relator, Clarendon National Insurance Company and Effective Claims Management,
Inc., filed a petition for writ of mandamus in the above cause on September 11, 2007, in
which it alleges that the respondent, the Honorable Joseph P. Kelly, Presiding Judge of the
377th Judicial District Court of Victoria County, Texas, abused his discretion by denying
relator's motion for summary judgment. 

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown itself entitled to the relief sought and the petition
for writ of mandamus should be denied. See Tex. R. App. P. 52.8. Accordingly, the petition
for writ of mandamus is DENIED. 

 

 PER CURIAM



Do not publish. 

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and

filed this the 27th day of September, 2007.